# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIHEIM JABRIL MILLER, | No. 4:21-CV-00626 |
| Petitioner, | (Judge Brann) |
| v. | |
| PENNSYLVANIA PAROLE BOARD, | |
| Respondent. | |

## ORDER

### JUNE 24, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED AS MOOT**.

2. A certificate of appealability **SHALL NOT ISSUE**.

3. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge